**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dushan Stephan Nickolich, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV-06-2508-PHX-SMM (JI) |
| ) | |
| Arizona Department of Corrections, et. al., ) | O R D E R |
| ) | |
| Defendants. ) | |

It appearing to the court that the Defendant Rowe's Motion to Dismiss, filed August 20, 2007 (#28) is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Defendant Rowe's Motion to Dismiss, filed August 20, 2007 (#28).

**IT IS FURTHER ORDERED** that all other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 12th day of September, 2007.

Stephen M. McNamee
United States District Judge